**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Clifford BATES, Defendant–Appellant.**

No. 06–50044.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 15, 2006.

Filed Jan. 3, 2007.

U.S. Attorney CV, USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

Holly Sullivan, Esq., FDSD—Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: WALLACE, O'SCANNLAIN, and WARDLAW, Circuit Judges.

MEMORANDUM *

Clifford Bates appeals his sentence, which was reaffirmed on a limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005). Bates had no constitutional or statutory right to allocute during the limited remand. *See United States v. Silva*, 2006 WL —— (9th Cir.).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.